BESSIE G. YATES AND JAMES ATWOOD YATES, HER HUSBAND, *Appellants,* v. DAVID S. WALKER AND EDNA 'B. WALKER, HIS WIFE, JESSE CREWS AND CELIA CREWS, HIS WIFE, JULIAN PAUL AND FRED B. NOBLE AS TRUSTEE IN BANKRUPTCY OF THE ESTATE OF WILLIAM B. OWEN, BANKRUPT, *Appellees.*

Decision Filed July 7, 1922.

An Appeal from the Circuit Court for Duval County; George Couper Gibbs, Judge.

*George C. Bedell,* for Appellants;

*Marion B. Jennings,* for Appellees.

PER CURIAM.—This cause having heretofore been submitted to the court upon the transcript of the record of the decree aforesaid and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being advised of its judgment to be given in the premises, it seems to the court that there is no error in the said decree; it is, therefore, considered, ordered and adjudged by the court that the said decree of the Circuit Court be, and the same is hereby affirmed.

All concur.